AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| JAMES FLORENCE JR | ) | 24-mj-6788-MPK |
| (YOB: 1987) | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November of 2017 - present** in the county of **Plymouth** in the _____ District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A(2) | Cyberstalking |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Laura Macrorie.

☒ Continued on the attached sheet.

/s/ Laura Macrorie

*Complainant's signature*

Special Agent Laura Macrorie, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/09/2024

*Judge's signature*

City and state: Boston, MA

Hon. M. Page Kelley, U.S. Magistrate Judge

*Printed name and title*