%JS 45 (5/97) - (Revised USAO MA 3/25/2011) Case 1:24-mj-06788-MPK   Document 1-1   Filed 09/09/24   Page 1 of 2

# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

| | |
|---|---|
| **Place of Offense:** Plymouth | **Category No.** _____  **Investigating Agency** FBI |
| **City** Plymouth | |
| **County** Plymouth | |

**Related Case Information:**
- Superseding Ind./Inf. _____  Case No. _____
- Same Defendant _____  New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number: 24-mj-5120-JGD & 24-mj--2165, 6784, 6785 -MPK
- R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  Yes [ ]  No [✓]

## Defendant Information:
- **Defendant Name:** JAMES FLORENCE JR
- Juvenile: Yes [ ]  No [✓]
- Is this person an attorney and/or a member of any state/federal bar: Yes [ ]  No [✓]
- **Alias Name:** 
- **Address:** 202 WAREHAM ROAD, APARTMENT 9104, PLYMOUTH, MA, 02360
- **Birth date (Yr only):** 1987  **SSN (last 4#):** 5038  **Sex:** M  **Race:** _____  **Nationality:** USA

**Defense Counsel if known:** _____  **Address:** _____
**Bar Number:** _____

## U.S. Attorney Information
- **AUSA:** Luke A. Goldworm  **Bar Number if applicable:** 677657

**Interpreter:** Yes [ ]  No [✓]  List language and/or dialect: _____

**Victims:** Yes [✓]  No [ ]  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  Yes [ ]  No [✓]

**Matter to be SEALED:** Yes [✓]  No [ ]

[✓] Warrant Requested   [ ] Regular Process   [ ] In Custody

**Location Status:** Plymouth, MA

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____.
[ ] Already in State Custody at _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:** [✓] Complaint   [ ] Information   [ ] Indictment
**Total # of Counts:** [ ] Petty ___   [ ] Misdemeanor ___   [✓] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/9/2024   **Signature of AUSA:** /s/ Luke A. Goldworm

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   JAMES FLORENCE JR

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2261A(2) | Cyberstalking | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**