IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**,

        Plaintiff,

vs.

JAMES FLORENCE, Jr.,

        Defendant.

Criminal No. 24-MJ-6788-MPK

## GOVERNMENT'S MOTION TO UNSEAL CRIMINAL COMPLAINT

    The United States of America hereby moves this Court to direct that the criminal complaint, supporting affidavit, and any other paperwork related to the above captioned matter. be unsealed.  In support of this motion, the government states that the defendant was arrested on September 11, 2024, and that there is no further reason to keep the indictment secret.

    Respectfully submitted,

    JOSHUA S. LEVY
    Acting United States Attorney

By:    _____
    LUKE A. GOLDWORM
    Assistant U.S. Attorney

    Date:  September 11, 2024